AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants
Micaela Garofalo, Michael Minev
and Daniel Norrbom*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN D. MIKRUT, | Case No. 2:22-cv-00818-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| M. GAROFALO, et al., | |
| Defendants. | |

Plaintiff, Kevin Mikrut, and Defendants Micaela Garofalo, Michael Minev, Daniel Norrbom, and John Doe, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  The parties further stipulate and agree that the parties are to bear their own
2  attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court
3  may close this case. Any outstanding deadlines are considered moot.
4  DATED this 24th day of March, 2023.        DATED this 24th day of March, 2023.

AARON D. FORD
Attorney General

By: _____        By: /s/ Samuel L. Pezone, Jr.
Kevin Mikrut, #1242211              Samuel L. Pezone Jr. (Bar No. 15978)
Plaintiff, Pro Se                   Deputy Attorney General
                                    *Attorneys for Defendants*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   24th day of April, 2023.